United States District Court
Southern District of Texas

**ENTERED**
June 01, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ARAFATE MEMEN, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 1:26-CV-315 |
| | § | |
| WARDEN, PORT ISABEL DETENTION | § | |
| CENTER, *et al.*, | § | |
| | § | |
| Respondents. | § | |

## ORDER

Petitioner Arafate Memen is currently detained by Immigration and Customs Enforcement at the Port Isabel Detention Facility in Cameron County, Texas.  Petitioner is subject to a final order of removal.  In this habeas action, he alleges that his removal is not reasonably foreseeable and requests his immediate release based on *Zadvydas v. Davis*, 533 U.S. 678 (2001). (Pet., Doc. 1)

Respondents move to dismiss because Petitioner's "detention is within the 180-day constitutionally presumptive period of post-removal-period detention." (MTD, Doc. 14)

A United States Magistrate Judge recommends that the Court grant the Motion to Dismiss (Doc. 14) and deny the Petition. (R&R, Doc. 17)  No party objected to the Report and Recommendation and the deadline for doing so expired on May 26, 2026.

"When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." FED. R. CIV. P. 72(b), Advisory Comm. Note (1983).  The Court has reviewed the Report and Recommendation and finds no clear error within it.

As a result, the Court **ADOPTS** the Report and Recommendation (Doc. 17).  It is:

**ORDERED** that Respondent's Motion to Dismiss for Failure to State a Claim (Doc. 14) is **GRANTED**; and

**ORDERED** that Petitioner Arafate Memen's Petition for Writ of Habeas Corpus (Doc. 1) is **DISMISSED** without prejudice for lack of subject matter jurisdiction.

This is a final and appealable order.

Signed on June 1, 2026.

_Fernando Rodriguez, Jr._
Fernando Rodriguez, Jr.
United States District Judge